UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James C Downing,

V

Southstar Funding, LLC

The lenders Successors MERS

US Bank National Association
_____/

Case: 2:08-cv-12545
Judge: Taylor, Anna Diggs
MJ: Majzoub, Mona K
Filed: 06-16-2008 At 10:59 AM
CMP DOWNING V SOUTHSTAR FUNDING ET AL

James C Downing
Inpropria Persona
114 Vincent St.
Inkster, MI 48141


ATTORNEY FOR THE DEFENDANT
Trott & Trott P.C
Attorney for Servicer
31440 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
_____/

COMPLAINT

**Now comes** James C Downing, in Properia Persona, hereinafter "plaintiff" requesting jurisdiction under the Authority of 28 USC 1331, and alleges the following:

1. Plaintiff is the owner of property located in: City of Inkster, County of Wayne, Michigan: Lot 17, Slavik's Daly Subdivision., as recorded in Liber 74 on page 21 of Plats., Wayne County Records. Commonly known as: 114 Vincent St.

2. That on February 14, 2005 plaintiff entered into an unconscionable contract with Southstar Funding.

3. Plaintiff **issued** the instrument to Southstar Funding, and they treated the

instrument as a check.

4. Plaintiff alleges that when Southstar Funding did not disclose the truth that Plaintiff was the maker and drawer of the instrument, this contract became unconscionable UCC§ 2-302.

5. Plaintiff alleges do to the fraud perpetuated by Southstar Funding and MERS, US Bank National Association as Trustee for Credit Suisse First Boston, is not bona fide holder of the Instrument or physically in possession of the instrument without allonges.

6. Plaintiff alleges accord and satisfaction has been reached in accordance with UCC 3-311(d). Plaintiff alleges Southstar Funding and MERS knew the instrument tendered at closing provided full satisfaction for 114 Vincent St upon extension of my signature as Maker and Drawer of the Note.

7. Plaintiff alleges Southstar Funding intentionally attempted to conceal the true terms and conditions of the alleged loan and I had opportunity, at that time, to obtain knowledge of the true terms and condition which are similar to stealing, counterfeiting, and swindling.

8. Plaintiff is Entitlement holder.

9. Plaintiff is identified in the records of a securities intermediary as the person having a security entitlement against the securities intermediary. A person acquiring a security entitlement by virtue of UCC Section 8-501(b)(2) or (3), that person is the entitlement holder.

10. Plaintiff alleges because the defendants can not prove the existence of the note,

there is no note to recover on.

11. Plaintiff alleges US Bank National Association as Trustee for Credit Suisse First Boston,( assignee) is servicer to a void contract.

12. Plaintiff alleges that the defendants are assisting and servicing in making loans of credit with the intent of creating credit as money and laundering bank credit that is received directly or indirectly. This collective activity is unconstitutional, unlawful, in violation of common law, US Code and the principles of equity.

13. Plaintiff alleges that I may have a claim for relief under Civil Rico Federal racketeering laws (USC Title 18 § 1341 USC Title 18 § 1346).

14. When defendant purports that they are holder in due course and this is evidenced by the foreclosure preceding that were brought against plaintiff, they are guilty of committing fraud.

15. Plaintiff alleges the agents for Southstar Funding made false representation of material facts with intent that it shall be acted on by US Bank National Association as Trustee for Credit Suisse First Boston to be enforced upon the Plaintiff. Such acts constitute 'fraud,' and entitles the deceived party to avoid the contract or recover damages." *Barnsdall Refining Corn. v. Birnam wood Oil Co.*, 92 F 2d 817

16. It has been settled beyond controversy that a national bank, such as Southstar Funding , under federal law being limited in its powers and capacity, cannot lend its credit by guaranteeing the debts of another. All such contracts entered into by its officers are ultra vires . . ." *Howard & Foster Co. v. Citizens Nat'l Bank of Union*, 133 SC 202, 130 SE 759(1926).

17. Plaintiff asserts to claim to be a secured creditor one must provide proof. A security interest is perfected by possession of the note or instrument. The Defendants can not provide the Original note for examination. Therefore, the defendant can not be the holder.

18. US Bank National Association as Trustee for Credit Suisse First Boston, ( assignee) is in violation of Title 18 color of law when attempting to act upon statues which are based on imaginary substance created not by fact, reality, or law.

19 Plaintiff will dismiss this case voluntarily if Southstar Funding forwards plaintiff a affidavit swearing under the penalty of perjury that Southstar Funding loaned money to the plaintiff.

WHEREFORE I pray that this honorable court finds each Defendant has committed these offenses and find each defendant guilty of conspiracy under the color of law, extortion, racketeering, FRAUD, Usury and award quiet title, punitive and statutory damages in the amount of $5,555,555.55 per defendant.

Dated the 11th day in June 2008

*James C. Downing*
James C Downing

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
James C. Downing

**DEFENDANTS**
Southstar Funding LLC et. al

**(b)** County of Residence of First Listed Plaintiff: Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
114 Vincent, Inkster MI 48141

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

Case: 2:08-cv-12545
Judge: Taylor, Anna Diggs
MJ: Majzoub, Mona K
Filed: 06-16-2008 At 10:59 AM
CMP DOWNING V SOUTHSTAR FUNDING ET AL

[Nature of Suit checkboxes — 152 Recovery of Defaulted Student Loans marked; 890 Other Statutory Actions marked]

**V. ORIGIN** (Place an "X" in One Box Only)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :