UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES C. DOWNING,

    Plaintiff,

v

SOUTHSTAR FUNDING, LLC,
THE LENDERS SUCCESSORS MERS,
US BANK NATIONAL ASSOCIATION,

    Defendants.

Case No. 2:08-CV-12545
Hon. Anna Diggs Taylor
Magistrate Mona K. Majzoub

| James C. Downing<br>In Pro Per<br>114 Vincent Street<br>Inkster, Michigan 48141 | PLUNKETT COONEY<br>Matthew J. Boettcher (P40929)<br>Attorneys for MERS and US BANK<br>38505 Woodward Ave., Ste. 3000<br>Bloomfield Hills, MI 48304<br>(248) 901-4035 |
|---|---|

### ORDER DENYING PLAINTIFF'S MOTION(S) FOR TEMPORARY RESTRAINING ORDER AND LEAVE TO FILE FIRST AMENDED COMPLAINT
### AND
### GRANTING DEFENDANTS', MERS AND US BANK NATIONAL ASSOCIATION'S, MOTION TO DISMISS

Plaintiff having filed his Motion(s) for Temporary Restraining Order and Leave to File First Amended Complaint and Defendants, MERS and U.S. Bank National Association having filed their Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6), and the Court having heard oral arguments and being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion(s) for Temporary Restraining Order and Leave to File First Amended Complaint [D/E-17] are denied.

IT IS FURTHER ORDERED that Defendants', MERS and U.S. Bank National Association's, Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) [D/E-4] is granted and that Plaintiff's Complaint be dismissed, in its entirety, with prejudice.

IT IS SO ORDERED.

DATED:  February 2, 2009                     **s/Anna Diggs Taylor**
                                             ANNA DIGGS TAYLOR
                                             UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order of Dismissal was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 2, 2009.

James C. Downing
114 Vincent St
Inkster, MI 48141-1270

                                             s/Johnetta M. Curry-Williams
                                             Case Manager